# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

### JUDGMENT IN A CIVIL CASE

Ronald D. Russo

      v.            CA 94-555L

**Baxter Healthcare Corp.**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered for the defendant Baxter Healthcare Corp., against the plaintiff Ronald D. Russo, in accordance with the oral order granting defendant's motion for judgment as a matter of law.

5/29/97
Date

GAIL E. DANIEL
Chief Deputy clerk

(by) Deputy Clerk

144